**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MCCAFFERTY HYUNDAI SALES, INC. : No. 633 MAL 2023
AND THE KENNETH F. PLUNTO FAMILY :
TRUST, :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
v. : Court
:
:
:
MIDDLETOWN TOWNSHIP ZONING :
HEARING BOARD AND MIDDLETOWN :
TOWNSHIP AND PREMIER MEDIA, LLC :
:
:
PETITION OF: PREMIER MEDIA, LLC :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.